ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL IX

| | | |
|---|---|---|
| EL PUEBLO DE PUERTO RICO<br><br>Parte Recurrida<br><br><br>V.<br><br><br>FÉLIX RUIZ DENIS<br><br>Parte Peticionaria | TA2025CE00737 | *CERTIORARI* procedente del Tribunal de Primera Instancia Sala Superior de Aguadilla<br>_____<br>Caso Núm.:<br>A BD2025G0028<br>A BD2025G0029<br>_____<br>SOBRE:<br>CP ART. 182<br>CP ART. 202 |

Panel integrado por su presidenta la Juez Brignoni Mártir, el Juez Salgado Schwarz y la Juez Aldebol Mora.

Salgado Schwarz, Carlos G., Juez Ponente

# **RESOLUCIÓN**

En San Juan, Puerto Rico, a 12 de noviembre de 2025.

Examinada la *Moción por Derecho Propio*[1] y la *Declaración en Apoyo de Solicitud para Litigar como Indigente* (*In Forma Pauperis*) presentadas el 3 de noviembre de 2025 por Félix Ruiz Denis disponemos lo siguiente:

Luego de un estudio sosegado del expediente ante nos, procede abstenernos de ejercer nuestra función revisora, por lo que denegamos la expedición del auto de certiorari. Véase, Regla 40 del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 40.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

*Lcda. Lilia M. Oquendo Solís*
*Secretaria del Tribunal de Apelaciones*

---

[1] Prescindimos de requerir la comparecencia de la parte recurrida a tenor con la autoridad que nos confiere la Regla 7(B)(5) del Reglamento del Tribunal de Apelaciones.